**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**GARY TACY,**

    **Plaintiff,**

v.                                          **CIVIL ACTION NO.** 2:23-cv-342
                                                      **(Removed from the Circuit Court of
Kanawha County, Case No. 22-C-1087)**

**CO BERYL BLAKE;
CO JEREMY CHEE;
WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
And JOHN/JANE DOES,**

    **Defendants.**

**DEFENDANTS WEST VIRGINIA DIVISION OF CORRECTIONS AND
REHABILITATION, CO BERYL BLAKE, AND CO JEREMY CHEE'S
NOTICE OF REMOVAL**

**COME NOW** the Defendants, West Virginia Division of Corrections and Rehabilitation ("WVDCR"), CO Beryl Blake, and CO Jeremy Chee, by counsel, Natalie C. Schaefer, Caleb B. David, Shannon M. Rogers, and Shuman McCuskey Slicer PLLC, and file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice of Removal, Defendants state as follows:

    1.    Plaintiff filed his Complaint, Civil Action No. 22-C-1087, in the Circuit Court of Kanawha County, on December 22, 2022, and subsequently served the Complaint upon Defendants West Virginia Division of Corrections and Rehabilitation via the West Virginia Secretary of State on March 22, 2023. Defendants Beryl Blake and Jeremy Chee were served on March 31, 2023.

2. Kanawha County, West Virginia, is assigned to the United States District Court for the Southern District of West Virginia at Charleston.

3. As required by 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings are attached hereto and incorporated herein by reference as **Exhibits A – C**: **Exhibit A**, Summonses and Returns of Service; **Exhibit B**, Complaint; **Exhibit C**, Docket Sheet.

4. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after receipt of service of Plaintiff's Complaint. *See Elliott v. Am. States Ins. Co.*, 883 F.3d 384, 391 (4th Cir. 2018) ("The general rule, as established by the Supreme Court in *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999), is that the time for counting the days for filing notice of removal under § 1446(b) starts when the defendant is formally served with the summons and complaint making the defendant an official party to the action and requiring the defendant to appear.").

5. In accordance with 28 U.S.C. § 1446(b)(2)(A), *Mayo v. Bd. of Educ.*, 713 F.3d 735, 742 (4th Cir. 2013), and *Stevens v. Thornsbury*, Civil Action No. 2:13-cv-31719, 2014 U.S. Dist. LEXIS 112020 (S.D.W. Va. Aug. 13, 2014), all Defendants unanimously consent to removal.

6. This action has been brought by Plaintiff against Defendants alleging a violation of Plaintiff's rights under the Eighth Amendment to the Constitution of the United States of America pursuant to 42 U.S.C. § 1983.

7. As such, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, as the Complaint asserts a federal question. "The district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8. Thus, this action may be properly removed by Defendants to this Court pursuant to 28 U.S.C. § 1441(a).

9. This Court, therefore, has federal question jurisdiction under 28 U.S.C. § 1331.

10. Pursuant to 28 U.S.C. § 1446(d), notice of this removal is being filed with the Clerk of the Circuit Court of Kanawha County, West Virginia, and all counsel of record.

11. The filing of this Notice, along with the filing of a copy of the Notice in the Circuit Court of Kanawha County and service of this Notice upon Plaintiff, immediately confers exclusive jurisdiction of this case to the United States District Court for the Southern District of West Virginia and divests the Circuit Court of Kanawha County of all jurisdiction over these proceedings and the claims and/or causes of action raised herein. *See Maseda v. Honda Motors Co.*, 861 F.2d 1248, 1254 – 55 (11th Cir. 1988) (stating that "after removal, the jurisdiction of the state court absolutely ceases and the state court has a duty not to proceed any further in the case"). "Any subsequent proceedings in state court are void ab initio." *Id.*

12. These Defendants reserve the right to amend or supplement this Notice of Removal.

13. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved by Defendants.

14. If any question arises as to the propriety of the removal of this action, these Defendants request an opportunity to present a brief or additional evidence in support of their position that this case is removable. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000) (announcing the general rule that post-removal evidence in assessing removal jurisdiction may be considered by the Court).

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1441 and 1446, removal of the above-styled state court action to this Court is proper. Defendants West Virginia Division of Corrections and

Rehabilitation, CO Beryl Blake, and CO Jeremy Chee therefore respectfully request that this Court assume full jurisdiction over the causes of action herein and that the Circuit Court of Kanawha County, West Virginia, proceed no further in the proceedings. Defendants further demand that the trial of this matter in federal court be heard by a jury.

**WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION CO BERYL BLAKE, and CO JEREMY CHEE,**
**By Counsel,**

/s/*Caleb B. David*
Natalie C. Schaefer (WVSB #9103)
Caleb B. David (WVSB #12732)
Shannon M. Rogers (WVSB #13920)
SHUMAN McCUSKEY SLICER PLLC
1411 Virginia Street East, Suite 200
Post Office Box 3953
Charleston, WV 25339-3953
(304) 345-1400; Fax: (304) 343-1826

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**GARY TACY,**

      **Plaintiff,**

**v.**                                        **CIVIL ACTION NO.** 2:23-cv-342
                                                    **(Removed from the Circuit Court of
Kanawha County, Case No. 22-C-1087)**

**CO BERYL BLAKE;
CO JEREMY CHEE;
WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
And JOHN/JANE DOES,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants West Virginia Division of Corrections and Rehabilitation, CO Beryl Blake, and CO Jeremy Chee, hereby certifies that on this 19th day of April, 2023, a copy of the foregoing ***Defendants West Virginia Division of Corrections and Rehabilitation CO Beryl Blake, and CO Jeremy Chee's Notice of Removal*** was served upon counsel of record via the CM/ECF System and by U.S. Mail upon the following parties and counsel of record:

Paul M. Stroebel, Esq.
Stroebel & Stroebel, PLLC
405 Capitol Street, Suite 102
Post Office Box 2582
Charleston, WV 25329
*Counsel for Plaintiff*

                                          */s/ Caleb B. David*
                                          Natalie C. Schaefer (WVSB #9103)
                                          Caleb B. David (WVSB #12732)
                                          Shannon M. Rogers (WVSB #13920)