IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**GARY TACY,**

    **Plaintiff,**

v.                                                            Civil Action No. 2:23-cv-342
                                                                     (Judge Copenhaver)

**CO BERYL BLAKE;
CO JEREMY CHEE;
WEST VIRGINIA DIVISION OF
CORRECTIONS AND REHABILITATION,
And JOHN/JANE DOES,**

    **Defendants.**

## ORDER OF DISMISSAL

**COME NOW** the Plaintiff, Gary Tacy, by counsel, Paul M. Stroebel and Stroebel & Stroebel, PLLC, and the Defendants, CO Beryl Blake, CO Jeremy Chee and West Virginia Division of Corrections and Rehabilitation, by counsel, Natalie C. Schaefer, Caleb B. David, Shannon M. Rogers, and Shuman McCuskey Slicer PLLC, and announce to the Court that all matters in controversy between and among the Plaintiff and the Defendants have been settled and compromised. Therefore, the parties jointly move this Court to dismiss Plaintiff's claims against Defendants CO Beryl Blake, CO Jeremy Chee and West Virginia Division of Corrections and Rehabilitation, with prejudice.

There being no objection to the parties' motion, and the Court perceiving none, it is **ORDERED** that the Plaintiff's claims against Defendants CO Beryl Blake, CO Jeremy Chee and West Virginia Division of Corrections and Rehabilitation be, and the same hereby are, **DISMISSED, with prejudice,** and that this civil action be stricken from this Court's docket, with each party to pay their own respective costs, legal fees and expenses.

ENTERED this __2nd__ day of May, 2024.

*[signature]*
The Honorable John T. Copenhaver, Jr.
**Senior United States District Judge**

*Prepared by:*

/s/Natalie C. Schaefer
Natalie C. Schaefer (WVSB #9103)
Caleb B. David (WVSB #12732)
Shannon M. Rogers (WVSB #13920)
SHUMAN McCUSKEY SLICER PLLC
1411 Virginia Street East, Suite 200 [25301]
P.O. Box 3953
Charleston, WV 25339
(304) 345-1400; Fax: (304) 343-1826
*Counsel for CO Beryl Blake, CO Jeremy Chee and West Virginia Division Of Corrections and Rehabilitation*

*Agreed to by:*

/s/Paul M. Stroebel (with permission)
Paul M. Stroebel, Esq. (WVSB #5758)
STROEBEL & STROEBEL, PLLC
405 Capitol Street, Suite 102
P.O. Box 2582
Charleston, WV 25329
(304) 346-0197; Fax: (304) 346-6029
*Counsel for Plaintiff*